# ATTACHMENT 1

# COMPLAINT FORM

**(for filers who are prisoners without lawyers)**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

(Full name of plaintiff(s))

Treon D. Vaughn #401127

v.

Case Number:

______________________

(to be supplied by Clerk of Court)

(Full name of defendant(s))

County of Kenosha Civil,
Family, Criminal Pretrial \ Circuit Courts
(State of Wisconsin) Corp. \ Industry.

---

A. PARTIES

1. Plaintiff is a citizen of Wisconsin, and is located at
(State)

(1101 Morrison Dr)
Wisconsin Secure Program Facility P.O. Box 9900 Boscobel, WI 53805
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Court Judges, Officials (D.A. Agency/Office Attorney's), Officers, Clerks, Deputy Sheriffs (etc) Attached List.
(Name)

is (if a person or private corporation) a citizen of Wisconsin (etc)
(State, if known)

and (if a person) resides at N/A
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for County of Kenosha Civil, Family, Criminal Pretrial (Circuit Courts (corp/Ind.) 912 56th street Kenosha WI 53140 Attached List
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

The Plaintiff Treon D. Vaughn confined person in Wisconsin State Prison System currently in Wisconsin Secure Program Facility (by which Treon D. Vaughn is not per DOC 310, 301, 227 a County of Kenosha Pre-Trial \ Trial Detainee only Wisconsin State Prison System confined individual). From around or about January 24, 2014 through November 07, 2016 (prior and or after) separately and together County of Kenosha (Civil, Family, Criminal Pretrial) Circuit Courts (corp/Ind.) hired paid Public Servant (service)

County of Kenosha Civil, Family, Criminal Pretrial Circuit Courts (corp Ind.) Court Judges, Officials, Officers, D.A agency/office attorney's, Clerks, Deputy Sheriffs (etc) Kenosha County City Hired Paid Public Servant (service) in Official Office etc (State of Wisconsin)

1. Deputy Sheriff McCoy
2. Court Official (Civil) Jon Mason, James Fitzgerald
3. Court Official (Family) Geoffrey Drowse, James Fitzgerald
4. Court Official Mary K. Wagner, Ms. Wagner's Clerk, Clerk of Courts (Kenosha Court Circuit)
5. Officers of the Court Sorensen, Clerk Haney, Detect. Dewitt
6. Robert D. Zapf, Daniel Tombasco, Emily Trsy, Andrew Burggyne D.A. agency (etc)
7. Court Official (Pre-Trial Criminal) Jon Mason, David Besman
8. Court Official (Criminal) Chad Kerkman, David Bastianelli

Kenosha County Circuit Court
Courthouse (Pre-Trial) Building
912 56th Street
Kenosha, WI 53140



Attachment List 1

in official office (etc) in Kenosha County City of the State of Wisconsin attached List #1. have/is Depriving (Denying) Treon D. Vaughn the inherent Liberties (Rights) of Fundament Principles of Law by which a accuser alleged Treon D. Vaughn of accusation where seperately and together these Deputy Sheriff(s), Court official (civil), Court official (Family), Court official (Wagner, Wagner Clerk, Clerk of Court(s)), Officers of the Court, D.A. agency/office attorney's (etc), Court official (PreTrial (criminal), and Court Official (criminal) attachment List 1. Misconduct of willful violation of rule of code of judicial ethics) willful or persistent failure to perform official duties to where ulterior intent was/is to violate Treon D. Vaughn's freedom to a Full/Fair Corrective Procedure; freedom to Equal Protection of the Law, and Freedom to Defend/offend as a alleged accused by a accuser. These willful Violation of Fundamental Principles of Federal Law (etc) Deprivement of Liberties of Treon D. Vaughn has been to give/make unconstitutional orders/rules etc where No paperwork is provided for violations of Law unconstitutional to accomplish unlawful servitude.

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $____________.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

With Ulterior Motives/Intentions to carry on through unconstitutional, unlawful Civil, Family, Criminal depositions, hearing, appearances, court dates, pre-liminary, pretrials where Treon D. Vaughn for purpose of conviction for County of Kenosha Public Servant (Servant) in Official Office Not Truth Peace Justice No Liberty (Right) of alleged accused have been provided to where Federal Laws have been violated Deprived Treon D. Vaughn where Relief Sought is Nominal Damages in amount of $1,000,000, Compensatory Damages $500,000, and Punitive Damages where Federal Indictment shave already occurred in these County of Kenosha Pre-Trial Official Office Servants No Eliminating (Typed) Written Notice/Forcing Detainees etc through Court Dates without Liberties (Rights). Not allowed to proceed in these courts where prejudice sexist discriminatory biases are occuring.

E. JURY DEMAND

☑ Jury Demand – I want a jury to hear my case.

OR

☐ Court Trial – I want a judge to hear my case.

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 07 day of November 2016.

Respectfully Submitted,

[signature]
Signature of Plaintiff

#401127
Plaintiff's Prisoner ID Number

W.S.P.F. P.O. Box 9900 (1101 Morrison Dr.)
Boscobel, WI 53805
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☑ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.